IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PETER T. JULKA,

               Plaintiff,                       ORDER

v.

                                              09-cv-534-slc

STANDARD INSURANCE COMPANY,

               Defendant.

---

      On October 13, 2009, this court attempted to hold the telephonic preliminary pretrial conference in this case. Defendant appeared by counsel, but plaintiff, who is proceeding *pro se* at this time, did not call in and could not be reached by the court. Counsel for defendant indicated that he had not communicated with plaintiff about this case. At about 5:15 p.m. that evening plaintiff called and left a message apologizing for having slept through the appointed time due to the physical condition that underlies this disability insurance dispute.

      The clerk of court will calendar another telephonic pretrial conference in the near future. I note that defendant's motion to dismiss (dkt. #11) is pending, with plaintiff's brief in opposition due by October 23, 2009 with any defense reply due by November 2, 2009. This briefing calendar remains in effect.

      Entered this 14th day of October, 2009.

                                    BY THE COURT:

                                    /s/

                                    STEPHEN L. CROCKER
                                    Magistrate Judge