IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PETER T. JULKA,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY,

    Defendant.

JUDGMENT IN A CIVIL CASE

09-cv-00534-slc

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Standard Insurance Company granting its motion for summary judgment and dismissing this case.

_____       11/22/10
Peter Oppeneer, Clerk of Court      Date